FILED
DEC 2 0 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | 3:23 CR 00663 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | Title 18, United States Code, |
| JAMIE SWEATT-GLOBE, | ) | Sections 922(g)(1) and |
| | ) | 924(a)(2) |
| Defendant. | ) | |

JUDGE KNEPP

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about December 5, 2023, in the Northern District of Ohio, Western Division, Defendant JAMIE SWEATT-GLOBE, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Manufacture/Delivery of Controlled Substances, on or about May 19, 2011, in Case Number CRW-10-1424-FH, in the 22nd Circuit Court in Ann Arbor, Michigan; and Manufacture/Delivery of Controlled Substances, on or about June 27, 2016, in Case Number CRW-14-081, in the 22nd Circuit Court in Ypsilanti, Michigan, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Bushmaster, .223x5.56 caliber AR rifle, Model XM15-E2S, bearing serial number BFI606408, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).



ORIGINAL

FORFEITURE

The Grand Jury further charges:

2. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of this offense, Defendant JAMIE SWEATT-GLOBE shall forfeit to the United States: (i) any and all firearms and ammunition involved in or used in the commission of the firearms offense charged herein; including, but not limited to, the following:

a.) Bushmaster, .223x5.56 caliber AR rifle, Model XM15-E2S, bearing serial number: BFI606408, possessed by JAMIE SWEATT-GLOBE on or about December 5, 2023.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.